# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 19-CV-5064

**Roor International BV and Sream, Inc.**

Plaintiff

**vs.**

**Mutual Traders LLC d/b/a American Smoke & Vape, et al**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Alias Summons & Complaint; Exhibit(s)**

**PARTY SERVED: FARHAN PATEL**

**METHOD OF SERVICE: Personal Service** - By personally delivering copies to **FARHAN PATEL.**

**DATE & TIME OF DELIVERY: 04/05/2020 at 2:50 PM**

**ADDRESS, CITY AND STATE: 9234 OAK PARK AVE, MORTON GROVE, IL 60053**

**DESCRIPTION: East Indian, Male, 40, 5'10", 200 lbs, Black hair and was wearing glasses**

**COMMENTS:** This is a single family home. I spoke with the defendant thru the front door window He would not open the door to accept service. He watched me leave the papers in the front door handle. There is a Infinity QX80 plate number BB56756 and a Volkswagen Atlas plate number 268 7289 parked in the driveway.

I declare under penalties of perjury that the information contained herein is true and correct.

_(signature)_

Steven A. Stosur, Lic # 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 6th day of April, 2020.

_Joan C. Harenberg_
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/21

CLIENT: **The Ticktin Law Group**
FILE #: **16-1203**

Tracking #: **433430**