# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 19-CV-5064

**Roor International BV and Sream, Inc.**

Plaintiff

**vs.**

**Mutual Traders LLC d/b/a American Smoke & Vape, et al**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Alias Summons & Complaint; Exhibit(s)**

PARTY SERVED: **AIRAF JALIAWALA**

METHOD OF SERVICE: **Personal Service** - By personally delivering copies to **AIRAF JALIAWALA.**

DATE & TIME OF DELIVERY: **04/05/2020 at 2:30 PM**

ADDRESS, CITY AND STATE: **7655 N. WAUKEGAN RD, NILES, IL 60714**

DESCRIPTION: **East Indian, Male, 40, 5'11", 210 lbs, Black hair**

**COMMENTS:** This is a single family home. He walked up to the front door and looked at me and tried to wave me away as if he was not interested. I asked for Airaf Jaliawala and he said "how can I help you." I told him I have a summons for him and I held the papers up to the window on the front door and he looked at them and tried to wave me away again. I told him I was leaving the papers and he watched me stick them in the door handle on the front door. There is a Toyota R27 2761 in the driveway and a Toyota plate number A48 3390 parked in front of the house.

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Steven A. Stosur, Lic # 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 6th day of April, 2020.

*[signature: Joan C. Harenberg]*
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/21

CLIENT: **The Ticktin Law Group**
FILE #: **16-1203**

Tracking #: **433431**