IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

**Roor International BV, Stream, Inc.**,

Plaintiffs,

v.

**Mutual Traders, LLC**, *doing business as* American Smoke & Vape, **Farhan Patel, Airaf Jaliawala,**

Defendants.

Case No. 19 C 5064
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) **Roor International BV, and Stream, Inc.** and against defendant(s) **Mutual Traders, LLC**, *doing business as American Smoke & Vape*, **Farhan Patel, Airaf Jaliawala** in the amount of $ 30,568.90,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion.

Date: 8/24/2020                    Thomas G. Bruton, Clerk of Court

Claire E. Newman, Deputy Clerk